## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | **CIVIL ACTION** |
| **NYDIR CHISHOLM,** | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 23-3886** |
| | : | |
| **WAL-MART ASSOCIATES, INC., et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **14th day of May 2024**, upon consideration of Plaintiff's Motion for Default Judgment against Defendant Robert Stone (ECF No. 36), it is hereby **ORDERED** that the Motion (ECF No. 36) is **DENIED** without prejudice, for the reasons stated in the Court's Memorandum.

**BY THE COURT:**


**/s/ Chad F. Kenney**
_____
**CHAD F. KENNEY, JUDGE**