IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NYDIR CHISHOLM,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 23-3886 |
| **WAL-MART ASSOCIATES, INC., et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **30th day of May 2024**, upon consideration of Plaintiff's Motion for Default Judgment against Defendant Michael Gallozzi (ECF No. 46), it is hereby **ORDERED** that the Motion (ECF No. 46) is **DENIED** without prejudice, for the reasons stated in the Court's Memorandum.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**